**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6942**

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

MARCUS TERRELL BURNEY,

               Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, Chief District Judge.  (7:12-cr-00068-D-1)

_____

Submitted:  November 16, 2017              Decided:  November 21, 2017

_____

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marcus Terrell Burney, Appellant Pro Se.  Scott Andrew Lemmon, Denise Walker, OFFICE OF THE UNITED STATES ATTORNEY, Brian Scott Meyers, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Terrell Burney appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. *See United States v. Mann*, 709 F.3d 301, 304 (4th Cir. 2013) (reviewing district court's decision under § 3582(c)(2) for abuse of discretion). Accordingly, we affirm for the reasons stated by the district court. *United States v. Burney*, No. 7:12-cr-00068-D-1 (E.D.N.C. July 5, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*